AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

ANDRES HERNANDEZ MENDOZA,

     Petitioner,   JUDGMENT IN A CIVIL CASE

V.

          CASE NUMBER: **3:11-CV-00289-RCJ-WGC**

ROBERT LeGRAND, et al.,

     Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** as duplicative.

   October 14, 2011                       **LANCE S. WILSON**
                                          Clerk

                                        /s/ D. R. Morgan
                                        Deputy Clerk